# Exhibit 4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| CARLO LICATA, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | 2015 CH 05427 |
| Plaintiff, | ) ) | Cal. 7 |
| v. | ) ) | Judge Larsen |
| FACEBOOK, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

TO:

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
David I. Mindell
dmindell@edelson.com
EDELSON PC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Counsel for Plaintiff*

PLEASE TAKE NOTICE THAT on May 6, 2015, Defendant Facebook, Inc. filed its Notice of Removal in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached and hereby served upon you pursuant to 28 U.S.C. § 1446(d).

Dated:  May 6, 2015                                           Respectfully submitted,


                                                              By: _____

1

Vincent Connelly
Michael D. Frisch
Firm ID: 43948
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
mfrisch@mayerbrown.com
vconnelly@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I, Michael D. Frisch, an attorney, certify that I caused a copy of this **Notice of Filing of Notice of Removal** to be served by sending the same via e-mail and/or by U.S. Mail, first class, postage prepaid, on May 6, 2015, addressed to the following:

>Jay Edelson
>jedelson@edelson.com
>Rafey S. Balabanian
>rbalabanian@edelson.com
>Benjamin H. Richman
>brichman@edelson.com
>J. Dominick Larry
>nlarry@edelson.com
>David I. Mindell
>dmindell@edelson.com
>EDELSON PC
>350 N. LaSalle Street, Suite 1300
>Chicago, IL 60654
>Tel: (312) 589-6370
>Fax: (312) 589-6378

_____
Michael D. Frisch