**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LICATA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 15 C 4022 |
| | ) | |
| FACEBOOK, INC., | ) | Judge Elaine E. Bucklo |
|     Defendant | ) | |

**ORDER**

Defendant's motion for extension of time to file answer is granted. Motion hearing date of 5/14/2015 is vacated. Scheduling conference is set for 7/01/2015 at 9:30 a.m. The report of the parties' planning meeting shall be filed by 6/29/2015.

Dated: May 11, 2015                                             /s/ Hon. Elaine E. Bucklo